UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COURTNEY HOWELL,

        Plaintiff,

  - against -

THE CITY OF NEW YORK and THE NEW
YORK CITY POLICE DEPARTMENT,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
11-CV-6302 (RRM)(RLM)

    A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss, dismissing plaintiff's claims, and directing the Clerk of the Court to close this case; it is

    ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the amended complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       June 18, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge